IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELGAR SANCHEZ-FIGUEROA, ) | |
| # S-13549, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cv-560-SMY |
| ) | |
| HENRY FRANCIS BERGMANN, ) | |
| RAQUEL STRUBHART, ) | |
| ROD KLOECKNER, ) | |
| JOHN ARTHUR HUDSPETH, ) | |
| UNKNOWN PARTY (LDS, MP, AMS) ) | |
| and DERRIS E. MIDDENDORFF, ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: September 8, 2015

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED:  s/ *Staci M. Yandle*
Staci M. Yandle
United States District Judge